| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/29/2018 |

-------------------------------------------------------------X
STEVEN REYES, on behalf of himself and all others similarly situated,

                           Plaintiff,           17-CV-8819 (VEC)

              -against-                       <u>ORDER</u>

FORSTER & GARBUS, LLP,

                           Defendant.
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on February 22, 2018, the parties held a settlement conference with Magistrate Judge Moses and reached a settlement as to all issues; and

      WHEREAS on February 27, 2018 (Dkt. 15), the Court entered an Order directing that this action be dismissed without costs on March 26, 2018 unless before that date one or more of the parties filed a letter with the Court requesting that the action not be dismissed; and

      WHEREAS no party has filed a letter with the Court requesting that this action not be dismissed;

      IT IS HEREBY ORDERED that this case is DISMISSED. The Clerk of Court is respectfully requested to terminate any open motions and to close the case.

**SO ORDERED.**

**Date: March 29, 2018**
       **New York, New York**                         _____
                                                           **VALERIE CAPRONI**
                                                            **United States District Judge**